**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80728-CIV-CANNON**

**GARFIELD SPENCE**,

    Plaintiff,

v.

**HYPOLUXO PROPERTY OWNER, LLC,**

    Defendant,

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on June 25, 2024 [ECF No. 6]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITH PREJUDICE** against all Defendants, effective June 25, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 6].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of June 2024.

                                    **AILEEN M. CANNON**
                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record